### SANDRA COLOMBO *v.* STOP AND SHOP SUPERMARKET COMPANY, INC.

</div>

The plaintiff's petition for certification for appeal from the Appellate Court, 67 Conn. App. 62 (AC 21390), is denied.

*Brian W. Prucker*, in support of the petition.

<div align="center">Decided January 3, 2002</div>

<div align="center">

### AMBA REALTY CORPORATION *v.* KYLE J. KOCHISS ET AL.

</div>

The named defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 149 (AC 21317), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*James M. Nugent*, in support of the petition.

*Michele D. Sensale*, in opposition.

<div align="center">Decided January 3, 2002</div>